| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
| | FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| BILAL AL SHAHWANY, | ) | | |
| | ) | | |
| Plaintiff, | ) | No. C 07-0989 PVT | |
| | ) | | |
| v. | ) | | |
| | ) | **STIPULATION TO DISMISS; AND** | |
| ROBERT MUELLER, III, Director, | ) | **[PROPOSED] ORDER** | |
| Federal Bureau of Investigation; | ) | | |
| MICHAEL CHERTOFF, Secretary, | ) | | |
| Department of Homeland Security; | ) | | |
| EMILIO GONZALES, Director, U.S. | ) | | |
| Citizenship and Immigration Services; | ) | | |
| (USCIS); DAVID STILL, District | ) | | |
| Director, USCIS; | ) | | |
| FRANCIS D. SICILIANO, San Jose Field | ) | | |
| Office Director, USCIS, | ) | | |
| | ) | | |
| Defendants. | ) | | |
| | ) | | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and issue the oath ceremony notice. Defendants agree to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C 07-0989 PVT

1 | Date: April 13, 2007            Respectfully submitted,

2 |                                 SCOTT N. SCHOOLS
  |                                 United States Attorney

3

4

5 |                                 _____/s/_____
  |                                 ILA C. DEISS
  |                                 Assistant United States Attorney
6 |                                 Attorneys for Defendants

7

8

9 | Date: April13, 2007             _____/s/_____
  |                                 ELIAS Z. SHAMIEH
  |                                 Attorney for Plaintiff

10

11

12

13 |                               **ORDER**

14 |     Pursuant to stipulation, IT IS SO ORDERED.

15

16 | Date:  4/17/07                  *Patricia V. Trumbull* (signature)
17 |                                 PATRICIA V. TRUMBULL
   |                                 United States Magistrate Judge

18

19

20

...

28

Stipulation to Dismiss
C 07-0989 PVT                          2